SAM HARRIS v. STATE.

No. A-8421. Nov. 18, 1932.
Rehearing Denied Dec. 16, 1932.
(16 Pac. [2d] 1118.)

John L. Hodge, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called the defendant, was convicted of driving a motor vehicle on a public highway while under the influence of intoxicating liquor, and his punishment fixed at a fine of $200, and appeals.

The record in this case was filed in this court on June 1, 1932; no brief has been filed in support of the defendant's assignment of errors.

A careful examination of the record discloses no fundamental errors, and the evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.